UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3109 KING ST PROPERTY MANAGEMENT, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>DEUTSCHE BANK AMERICAS, et al., <br><br>　　　　Defendants. | Case No. 16-cv-03219-VC <br><br> **ORDER DISMISSING AMENDED COMPLAINT PURSUANT TO 28 U.S.C. § 1915(e)** <br><br>Re: Dkt. No. 27 |

　　　　On July 12, 2016, this Court adopted Magistrate Judge Beeler's Report and Recommendation to dismiss the complaint without prejudice and ordered Plaintiffs to file any amended complaint within thirty days.  Dkt. No. 17.  On August 11, 2016, Plaintiffs Robert Eberwein and 3109 King St. Property Management purported to file an amended complaint seeking "TRO/Injunction."  Dkt. No. 27.  Though their complaint is timely, it is dismissed *sua sponte* for failure to state a claim upon which relief may be granted.  28 U.S.C. § 1915(e)(2)(B).

　　　　The amended complaint not only fails to describe how Defendants' actions have caused injury to the Plaintiffs, but also fails to mention Robert Eberwein or 3109 King St. Property Management at all.  Instead, the allegations pertain to Defendants' alleged eviction of "Mr. Darrick Sterling" and how Defendants' actions will injure Mr. Sterling unless he is granted injunctive or other relief.  No part of the amended complaint describes or explains any relationship between Mr. Sterling and Mr. Eberwein or 3109 King St. Property Management.[1]

---

[1] It appears that Plaintiffs have merely re-filed a complaint from a different case.  The amended complaint appears substantively identical to a complaint originally filed in a different case. Apart from crossing out the former plaintiff's name (Mr. Darrick Sterling), substituting in "3109 King St. Property Management," and adding the names of additional defendants, Plaintiffs

Because Plaintiffs have failed to allege any facts about how Defendants' actions injured them or otherwise violated the law in a manner entitling Plaintiffs to relief, the complaint fails to state a plausible claim for relief.  *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  It is clear that the deficiencies of the complaint cannot be cured by amendment.  *See Manzarek v. St. Paul Fire & Marine Ins. Co.*, 519 F.3d 1025, 1031 (9th Cir. 2008).  The amended complaint is therefore dismissed with prejudice.  To the extent Plaintiffs sought injunctive relief, their application is denied.

**IT IS SO ORDERED.**

Dated: September 9, 2016

_____
VINCE CHHABRIA
United States District Judge

---

appear not to have changed any of the complaint's original allegations.  An ECF stamp runs across the top of each page, which indicates that the complaint was originally filed in case no. 4:14-cv-00827.  Plaintiffs have not alleged any connection between their case and case no. 4:14-cv-00827, nor is any connection evident to the Court.